## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CITIZENS CENTRAL BANCORP, INC. )<br>　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>THE UNITED STATES,　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　Defendant.　　　　　　　　　) | Civil Action No. 1:15-cv-01539-NBF<br>Judge Nancy B. Firestone |

### MOTION TO PERMIT WITHDRAWAL OF COUNSEL AND UPDATE CONTACT INFORMATION FOR COUNSEL FOR PLAINTIFF CITIZENS CENTRAL BANCORP, INC.

**PLEASE TAKE NOTICE** that Of Counsel Steven R. Rogovin, Esq. and Brenda A. Gonzalez, Esq. have withdrawn from representing Plaintiff Citizens Central Bancorp, Inc. and that contact information for Of Counsel Forrest B. Lammiman, Esq. has changed, as shown below.

Dated: January 28, 2016

/s/ Steven R. Rogovin
/s/ Brenda A. Gonzalez
*Withdrawing counsel*

/s/ Daniel C. Schwartz
Daniel C. Schwartz
Bryan Cave LLP
1155 F St NW
Suite 500
Washington, D.C. 20004
*Counsel for Citizens Central Bancorp, Inc.*

*Of counsel:*

Forrest B. Lammiman, Esq.
Hale Lammiman Group, Ltd.
819 North Cass Street
Milwaukee, WI 53202
Phone: 414-278-8000
Fax: 414-278-9100
flammiman@hlgltd.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 28th day of January, 2016, I served a copy of the foregoing Motion by filing the same via ECF on counsel of record.

                                                 /s/ Daniel C. Schwartz
                                                 Daniel C. Schwartz